United States Courts
Southern District of Texas
FILED

NOV - 6 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

GIBSON FLEMING
d/b/a GIBSON'S ESSENTIALS,
Plaintiff,

v.

Civil Action No. _____

THE BLACK FOREST LLC,
Defendant.

JURY TRIAL DEMANDED

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**I. PREAMBLE**

This action arises from Defendant's willful and malicious conduct in submitting a false "counterfeit" complaint to Amazon against Plaintiff, damaging his lawful business and reputation in violation of federal trademark law and the First Sale Doctrine.

On September 24, 2025, Plaintiff purchased twenty (20) four-packs (eighty bottles total) of Defendant's product, Black Forest Supplements Cacao Flavonols & Flavonoids High Flavanol Cocoa Powder (1200mg per serving, 600mg Epicatechin) (ASIN: B0CTJ67LK1), directly from Defendant's verified TikTok Shop (Gold Star Seller).

This direct transaction constituted an authorized first sale of genuine goods. Under the First Sale Doctrine, 17 U.S.C. § 109(a) and 15 U.S.C. § 1114, Plaintiff was lawfully entitled to resell these authentic products on Amazon without restriction.

Despite this, on October 29, 2025, Defendant filed a false "counterfeit" complaint against Plaintiff's Amazon listing—one of over fifty-nine (59) similar complaints Defendant filed against other sellers—causing a 12-point reduction in Plaintiff's Amazon Account Health and immediate business harm.

Defendant's counsel further escalated the matter through an October 30, 2025 letter referring to Plaintiff as a "hijacker," and refusing to retract the complaint despite proof of a direct purchase.

Page **1** of **4**

Defendant's recent enrollment in Amazon's "Transparency" program (effective after November 26, 2025, per Amazon's October 27, 2025 email) is being used as an anticompetitive mechanism to exclude authorized resellers.

Plaintiff seeks damages exceeding $450,000, treble damages under the Lanham Act, injunctive relief, punitive damages, and other relief.

## II. PARTIES

Plaintiff Gibson Fleming, doing business as Gibson's Essentials, resides at 1615 West Chelsea Place, El Lago, Texas 77586 (Harris County). Plaintiff is a legitimate Amazon reseller operating under Seller ID: APNQCJ0VOLLII since 2022.

Defendant The Black Forest LLC is a Florida limited liability company with its principal place of business at 4777 NW 72nd Avenue, Miami, Florida 33166, selling dietary supplements through TikTok Shop and Amazon.

## III. JURISDICTION AND VENUE

This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1121(a).

This Court has supplemental jurisdiction over related state law claims under 28 U.S.C. § 1367.

This Court has personal jurisdiction over Defendant pursuant to Texas's long-arm statute, Tex. Civ. Prac. & Rem. Code § 17.042, and the Due Process Clause. Defendant purposefully availed itself of the Texas market by operating a verified TikTok Shop that targets and sells to Texas residents, including Plaintiff. Defendant shipped the genuine products directly to Plaintiff's Texas address on September 24, 2025 (delivered October 8, 2025), and the claims arise from Defendant's subsequent false complaints related to those products, causing harm in Texas.

Venue is proper in this District under 28 U.S.C. § 1391(b).

## IV. FACTUAL ALLEGATIONS

Plaintiff lawfully purchases and resells genuine, branded products obtained directly from brands through TikTok Shops.

On September 24, 2025, Plaintiff purchased 20 four-packs (80 bottles) of Defendant's product from Defendant's official TikTok Shop (Order ID: 5771802875248601; Receipt ID: 20250945771801287548601; Total Paid: $1,733.20 after discount). Delivery confirmed October 8, 2025. (See Exhibits A-D: TikTok receipt, order screenshots, delivery confirmation, and seller information.)

This purchase granted unrestricted resale rights under the First Sale Doctrine, as Defendant's listings imposed no resale restrictions.

On October 27, 2025, Amazon notified Plaintiff of Defendant's Transparency program enrollment, requiring serial numbers post-November 26, 2025—but Plaintiff's inventory predates this and is genuine. (See Exhibit E: Amazon Transparency email.)

On October 29, 2025, Amazon removed Plaintiff's listing due to Defendant's false counterfeit report, reducing Account Health by 12 points and blocking sales. (See Exhibits F-H, Amazon: Counterfeit Complaint, Amazon: Account Health Before & After)

Plaintiff sent a cease-and-desist letter on October 29, 2025, demanding retraction. (See Exhibit I: Cease-and-Desist Printout.)

Defendant's counsel responded October 30, 2025, refusing retraction and falsely labeling Plaintiff a "hijacker." (See Exhibit J: Defendant's Letter.)

Defendant has filed over 59 similar complaints against other resellers, evidencing a pattern of anticompetitive conduct to monopolize sales. (See Exhibits K-L: Keepa Offer Count Before & After.)

## V. CAUSES OF ACTION

Count I – False Designation of Origin (15 U.S.C. § 1125(a))

Defendant's false representations to Amazon that Plaintiff's genuine products are counterfeit constitute false designation of origin under the Lanham Act, creating consumer confusion and harming Plaintiff's business.

Count II – Tortious Interference (Texas Common Law)

Defendant interfered with Plaintiff's Amazon contract through false complaints, causing economic harm.

Count III – Defamation Per Se / Trade Libel (Texas Common Law)

Defendant's statements labeling Plaintiff a "counterfeiter" and "hijacker" constitute defamation per se, damaging Plaintiff's reputation.

Count IV – Declaratory Judgment (28 U.S.C. § 2201)

Plaintiff seeks declaration affirming his lawful resale rights and prohibiting further interference.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment in his favor and seeks:

A. Enjoining Defendant from (1) submitting or maintaining any false "counterfeit" complaints to Amazon regarding Plaintiff's listings; (2) communicating with Amazon or any third party asserting that Plaintiff's products are counterfeit; and (3) using Amazon's Transparency program or other brand protection mechanisms to block, restrict, or otherwise interfere with Plaintiff's lawful resale of genuine goods.

B. Compensatory damages of $150/day (lost profits + inventory/holding costs);

C. Treble damages of $450/day under 15 U.S.C. § 1117(b);

D. Punitive damages of $250,000;

E. A permanent injunction prohibiting future interference;

F. Plaintiff's costs, interest, and reasonable fees;

G. Such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VIII. VERIFICATION

I, Gibson Fleming, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct to the best of my personal knowledge and belief.

Executed on November 3, 2025.

/s/ Gibson Fleming
Gibson Fleming, Pro Se
1615 West Chelsea Place
El Lago, Texas 77586
(832) 628-3474
gibson@gibsons-goods.com

## Exhibit A: Tiktok Receipt

 **TikTok Shop**

# Receipt

TikTok Inc.
Address: 5800 BRISTOL PKWY CULVER CITY CA 90230

Receipt # : 20250924-57711801287524860 1
Receipt date : September 24, 2025 23:19

**Delivery address**

Gibson Fleming

3018 Bayport Blvd, Seabrook, Texas, United
States, 77586

**Sold by**

Black Forest Supplements

**Order information**

Order Number :    57711801287524860 1
Order Date :    September 24, 2025 23:19

| Description | Quantity | Unit price |
|---|---|---|
| Black Forest Supplements Cocoa Flavanols & Flavonoids \| High Flavanol Cocoa Powder – 1200mg per Serving, 600mg Epicatechin – Supports Circulation, Energy, & Heart Health, Dark Chocolate Beverage Healthy | 20 | $188.83 |

| | |
|---|---|
| Item subtotal | $3,776.60 |
| Discounts | - $2,043.40 |
| Shipping | Free |
| Taxes | $0.00 |
| **Total** | **$1,733.20** |

Thank you for your purchase.

Exhibit B: Tiktok Order Screenshot

2:14 

### Order details

**Subscription schedule** ›

Follow this shop to get 15% off coupon

 **Black Forest Supplements** ›
Gold Star Seller                                    + Follow

 Black Forest Supplements Cocoa Fl...
4 Bottles

**$86.66** ~~$188.83~~                               **x20**

Write a review     ☆ ☆ ☆ ☆ ☆

**Buy again**

| | |
|---|---|
| Item subtotal | $3,776.60 |
| Discounts ⓘ | - $2,043.40 |
| Shipping ⓘ | Free |
| Taxes ⓘ | $0.00 |
| Total | $1,733.20 |
| Order ID | 577118012875248601 ⧉ |
| Order date | Sep 24, 2025, 11:19 PM |
| Payment method | PayPal |
| Payment time | Sep 24, 2025, 11:19 PM |
| Delivery date | Oct 8, 2025, 10:45 AM |

↓ **Download the receipt**

See less ⌃

Exhibit C: Tiktok Delivery Confirmation



2:14 ✈ 📶 🔋

‹ 🎧

# Delivered on Oct 8
Your order arrived at its final destination.



Ordered　　Shipped　　Out for delivery　　**Delivered**

**View tracking details**

**Problem with your order?**

Eligible for return or refund until **Nov 7, 2025**

**Subscription schedule** ›

Follow this shop to get 15% off coupon



**Black Forest Supplements** ›
Gold Star Seller

＋ Follow



Black Forest Supplements Cocoa Fl...
4 Bottles

**$86.66** ~~$188.83~~ **x20**

Write a review ☆ ☆ ☆ ☆ ☆

Buy again

| | |
|---|---|
| Item subtotal | $3,776.60 |
| Discounts ⓘ | - $2,043.40 |

2:09

## Exhibit D: Tiktok Seller Information



## About this shop      ✕



**Black Forest Supplements**
Follow        ❯



### 🏪 Seller info

The Black Forest LLC

The seller is legally required to supply products that comply with the information provided to you.

11/2/25, 10:34 PM                              Gmail - Important: Serial numbers required for certain items

# Exhibit E: Amazon Transparency Email

 **M Gmail**

**Gibson Fleming <studentgibson@gmail.com>**

---

## Important: Serial numbers required for certain items
1 message

---

**Amazon Seller Central Notifications(Do Not Reply) <donotreply@amazon.com>**          Mon, Oct 27, 2025 at 6:04 PM
Reply-To: "Amazon Seller Central Notifications(Do Not Reply)" <donotreply@amazon.com>
To: studentgibson@gmail.com

**amazon**

Hello from Fulfillment by Amazon,

The products listed at the bottom of this email have been enrolled in the Transparency program by the brand owner. This means that these products are manufactured with a serial number. This serial number can be either a 2D Transparency branded barcode (these are 26 characters long and include a "T" logo) or a 1D or 2D serial number barcode (these are between 7 and 20 characters long and may include the pre-fix "SN").

Amazon scans these Transparency 2D barcode labels or serial number barcodes at fulfillment centers to verify the authenticity of the products. Your customers also can scan the Transparency barcode on your product with a mobile app to confirm the item is not a counterfeit.

After November 26, 2025, units on the list that reach a fulfillment center without a valid Transparency or serial number barcode cannot be sold and will be marked as "unfulfillable" in Seller Central. You can submit a removal order to have these units returned to you or have Amazon dispose of them on your behalf.

To learn more about the new barcodes, go to Transparency serial number barcode requirements at https://sellercentral.amazon.com/gp/help/202008510.

To provide feedback on the new requirement, send an email to https://sellercentral.amazon.com/help/hub/support/INTENT_CTI_Fulfillment_by_Amazon_Other_FBA_Issues. We are unable to respond to questions sent to this email address.

For questions, contact Seller Support at https://sellercentral.amazon.com/hz/contact-us.

Thank you for selling on Amazon.

Sincerely,
The Fulfillment by Amazon team

Below is the list of ASINs that will require a 2D barcode label from the manufacturer.

- B0CTJ67LK1 : Black Forest High Flavanol Cocoa Powder (1200mg Flavanols & Flavonoids Supplements) 10X More Flavanols (Epicatechin) Than Cocoa & 600mg of Epicatechin Supplement for Heart Health, Nitric Oxide & Energy

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

---

Gmail - Important: Serial numbers required for certain items

Copyright 2025 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-1864773877329942

**Page 2 of 2**

11/2/25, 10:28 PM                                Gmail - Notice: Policy Warning

 Gmail

## Exhibit F: Counterfeit Complaint

Gibson Fleming <studentgibson@gmail.com>

---

**Notice: Policy Warning**
1 message

---

**Amazon** <no-replies-appeals@amazon.com>                      Wed, Oct 29, 2025 at 12:33 PM
Reply-To: Amazon <no-replies-appeals@amazon.com>
To: studentgibson@gmail.com

---

**amazon**

Hello,

We removed some of your listings because we received a report from a rights owner
that these listings may infringe the rights owner's trademark. The rights-owner's
communication about the alleged infringement and the listings that we removed are
at the bottom of this message.

Why did this happen?
We received a report from a rights owner that one or more of your listings are
inauthentic. Listing content infringing on the intellectual property of others is
against our policies.

How do I reactivate my listing?
To reactivate your listing, you must prove its authenticity. To do so, you can
choose any one of the following documents:

1. A letter of authorization or a licensing agreement from the rights owner
demonstrating that you possess the right to use the content claimed. The
documentation submitted must include the following information:
-- The name and address of the rights owner
-- Your name and address, matching the information in your selling account
-- An explicit authorization to use the rights owner's intellectual property with
your own brand name

2. An invoice to indicate that your products are original and are purchased from
the rights owners directly or from an authorized distributor and are not
infringing the trademark claimed by the rights owner. The documentation submitted
must meet the following criteria:
-- It has to be dated before the date of your notice.
-- It has to include your name and address, matching the information in your
selling account.
-- It has to include the name and address of the manufacturer, distributor, or
retailer.
-- It has to include an order quantity that is sufficient to fulfill the units
sold since the invoice date.

3. A retraction from the rights owner to be sent to Amazon directly. You can find
the contact information of the rights owner in the listing deactivation
communication that you have received.

How do I address this issue if I am a drop shipper?
If you are a drop shipper and you intend to fulfill orders using another
company's fulfillment service, a third-party logistics company, or a drop
shipper, you have to comply with the following:

Page 1 of 3

11/2/25, 10:28 PM                                Gmail - Notice: Policy Warning

-- You must have an agreement with your supplier where you are the only seller of
record and the only entity identified as the seller of your products on all
packing slips, invoices, external packaging, or any other information included or
provided in connection with the products.
-- You must remove any packing slips, invoices, external packaging, or other
information identifying a different seller or third-party supplier before
shipping the order.
-- You must remain responsible for accepting and processing customer returns, and
always comply with the Business Solutions Agreement (BSA) and applicable Amazon
policies.
-- You must remove your offer from the ASIN before acknowledging the violation as
not to affect your Account Health Dashboard (AHD) score.

Provide the following documents to prove the authenticity of your status as a
drop shipper and the authenticity of the goods:
-- A proof of product authenticity, such as an invoice, order ID, licensing
agreement, or letter of authorization. This document must clearly prove that your
products do not infringe any intellectual property rights.
-- A link to where you source the materials from.
-- The supply chain information or the reason you believe that the source of your
goods is as described on the detail page.
-- Greater detail on the steps that you will take going forward.
-- An outline of the business model and proof that you have or have not sold the
goods.

How do I submit this information?
Go to your "Account Health," click the "Product Policy Compliance" tab, then
"Received Intellectual Property Complaints":
https://sellercentral.amazon.com/performance/account/health/policy-warnings?ref=ah_em _mpa

Locate the deactivation record for this product listing. Click "Appeal" next to
the listing deactivation record to submit the information necessary to reactivate
your listing.

External links are not accepted. For security reasons, we only accept attachments
in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, and .tiff.

These are the rights owner's contact details:
-- Melvin Paul Rongcal
-- melvin.rongcal@myamazonguy.com

For any other reason, explain to us why you were warned in error so that we can
investigate the case.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain
inactive. We reserve the right to dispose of the inventory associated with this
violation if proof of authenticity is not provided within 60 days. Violating this
policy may also result in the loss of your seller account or other legal
consequences.

Rights owner communication: We are the brand owner of this product. We are not
allowing any 3rd party sales of this product and we do not provide this product
to other sellers. Therefore, this offer is definitely counterfeit

ASIN: B0CTJ67LK1

Complaint ID: 18736331521
Trademark asserted: 7061154
Infringement type: Counterfeit

To review our policy, go to "Amazon Intellectual Property":
https://sellercentral.amazon.com/gp/help/external/201361070

We're here to help.             **Page 2 of 3**

To learn more about our invoice process, go to Seller University:
https://www.youtube.com/watch?v=ppSRP8jbQhI

If you have questions about this policy, you can contact us:
https://sellercentral.amazon.com/cu/contact-us

You can view your account performance:
https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn
Alternatively, select Account Health on the home screen of the Amazon Seller app
on your iOS or Android device. The Account Health page shows how well your
account is performing against the performance metrics and policies required to
sell on Amazon.

-- Download the iOS app:
https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Amazon.com

SPC-USAmazon-1372192665835200

# Exhibit G: Account Health Before



**Maintain an AHR of 250+ for 6 months**

To remain enrolled in Account Health Assurance, you must maintain an AHR of 250+. If your AHR falls below 250 for 10 days, you may lose access to the program.

Return to the Account Health page to view detailed information about policy violations.

Return to Account Health page

**Your Account Health Rating (Past 180 days)**                    Days below 250: 0

2025-10-28 Rating: 468

# Exhibit H: Account Health After



### Exhibit I: Cease-and-Desist Printout

**gibson@gibsons-goods.com gibson@gibsons-goods.com <gibson@gibsons-goods.com>**

10/29/2025 1:58 PM

# URGENT CEASE AND DESIST - 24-HOUR DEADLINE TO RETRACT FALSE COUNTERFEIT CLAIMS OR FACE IMMEDIATE LAWSUIT FOR DAMAGES AND INJUNCTIVE RELIEF

To info@blackforestsupplements.com <info@blackforestsupplements.com> •
melvin.rongcal@myamazonguy.com <melvin.rongcal@myamazonguy.com> •
sales@myamazonguy.com <sales@myamazonguy.com> •
coaching@myamazonguy.com <coaching@myamazonguy.com> •
Antonio@blackforestsupplements.com <antonio@blackforestsupplements.com> •
steven@myamazonguy.com <steven@myamazonguy.com>

Dear All:

I am Gibson Fleming, sole proprietor of Gibson's Essentials, a legitimate reseller of consumer products on Amazon.com (Storefront: Gibson's Essentials | Seller ID: APNQCJ0VOLLII).

This email is a FORMAL DEMAND LETTER and NOTICE OF IMMINENT LITIGATION. You have 24 HOURS to fully comply—or I file suit TOMORROW in federal court, just as I am doing against another brand for identical misconduct.

## Your False Claims Have Caused $10,000+ in Immediate, Irreparable Harm

On September 24, 2025, I purchased 20 packs (80 bottles total) of your Black Forest Supplements Cacao Flavonols & Flavonoids High Flavanol Cocoa Powder (1200mg per serving, 600mg Epicatechin) directly from your official TikTok Shop (Gold Star Seller).

- Order #: 5771802874861
- Receipt #: 20250945771801287548601
- Total Paid: $1,733.20 (after $2,043.40 discount)
- Delivered: October 8, 2025 (confirmed)

See attached: Full receipt images, delivery confirmation, order details, & TikTok Shop screenshots (Exhibits A-D).

This direct purchase from YOU expressly authorizes resale under the First Sale Doctrine (17 U.S.C. § 109; 15 U.S.C. § 1114)—no restrictions. Your TikTok Shop listings confirm unrestricted principal-agent resale rights.

YET, you falsely reported my Amazon listings as "counterfeit", causing:

- Immediate listing removals
- Disbursement holds
- $10,000+ blocked sales (80 bottles + accruing daily)
- Account suspension threats (Brand Registry abuse)

## I Am Aware of Your PATTERN: Multiple Sellers Targeted

Multiple other Amazon sellers have reported identical false counterfeit complaints from you/Black Forest, removing legitimate inventory and destroying businesses. This systematic abuse exposes you to class-action risks, Amazon sanctions, and exponential damages.

These violations include:

### Page 1 of 3

- Lanham Act (15 U.S.C. §§ 1114, 1125): False designation & unfair competition
- Tortious interference (Amazon BSA)
- Defamation/business disparagement
- Breach of implied authorization via your sale

## Proof: My ACTIVE Federal Lawsuit for EXACT Same Conduct

Gibson Fleming d/b/a Gibson's Essentials v. Allseason Enterprises, LLC U.S. District Court, Western District of PA Case No. 2:25-cv-01442 (Filed Sept 19, 2025)

- Defendant sold via TikTok Shop → Falsely claimed counterfeits → Identical harms
- Seeking: $250,000+ damages, permanent injunction, fees

See attached: Full 37-Page Verified Complaint (Exhibit E). YOU ARE NEXT.

## 24-HOUR COMPLIANCE DEADLINE

By 3:00 PM ET, October 30, 2025, EMAIL CONFIRMATION (to this address) of:

1. ALL counterfeit complaints RETRACTED (provide Amazon Complaint IDs + Amazon confirmation emails)
2. Written acknowledgment:
    - Reports retracted
    - You will NEVER complain again
    - Full First Sale rights confirmed for my genuine inventory
3. Cease ALL interference

## NON-COMPLIANCE = IMMEDIATE LAWSUIT

- Federal complaint filed (Lanham + state claims)
- Emergency TRO (blocks your Amazon Brand Registry access)
- Damages: $200,000+ (lost sales, inventory, fees, reputation)
- Permanent injunction
- Public exposure of your pattern

Respond IMMEDIATELY to confirm receipt. This is your LAST CHANCE to avoid ruinous litigation.

I sell ONLY GENUINE products. Retract NOW—or see you in COURT.

Sincerely,

Gibson Fleming Sole Proprietor,
Gibson's Essentials
1615 West Chelsea Place
El Lago, TX 77586
Phone: (832) 628-3474
Email: gibson@gibsons-goods.com
Amazon: Gibsons Essentials (APNQCJ0VOLLII)

Attachments:

- Exhibit A-D: TikTok Receipts/Delivery/Order Screenshots
- Exhibit E: Fleming v. Allseason Complaint (2:25-cv-01442)

- Fleming_v_ALLSEASON_ENTERPRISES_LLC__pawdce-25-01442__0001.0.pdf (2 MB)

- IMG_6597.PNG (173 KB)
- IMG_6600.PNG (434 KB)
- IMG_6598.PNG (459 KB)
- IMG_6601.PNG (471 KB)
- IMG_6599.PNG (2 MB)

Exhibit J: Defendant's Letter

 **Davis Wright Tremaine** LLP

**L. Danielle Toaltoan**
(212) 603-6463 tel

danielletoaltoan@dwt.com

October 30, 2025

**VIA EMAIL** @ gibson@gibsons-goods.com

Gibson Fleming
c/o Gibson's Essentials
1615 West Chelsea Place
El Lago, TX 77586

*Re:    Gibson's Essentials – Formal Demand Letter*

Dear Mr. Fleming:

I represent The Black Forest LLC ("Black Forest") and write to respond to your email, dated October 29, 2025.

First, your email threatens litigation within 24 hours unless my client complies with your numerous demands. This timeframe—extremely short and unreasonable—evidences a lack of good faith in your approach. Despite the rushed circumstances, my client has retained me as counsel and has worked to gather the necessary information. I am now endeavoring to respond substantively to your demands. However, I must emphasize that the statements set forth in this letter are not intended to constitute a full and complete account of the facts in this matter. Additionally, this letter does not constitute a waiver of any rights or remedies—legal or equitable—all of which are expressly reserved.

Second, your email omits a crucial fact: you attempted to "hijack" my client's product listing page on Amazon in an apparent attempt to substitute yourself as the seller on Black Forest's page. Customers that visit my client's product listing page expect to purchase their supplements from Black Forest, a trusted source. This is especially significant because dietary supplements are ingested, and there are potential health and safety risks associated with consumers unknowingly purchasing products from an unauthorized or unknown seller. By hijacking my client's product listing page, you effectively attempted to misappropriate Black Forest's digital packaging—including copyrighted images and product descriptions—to mislead customers into believing that your business is authorized by or affiliated with Black Forest. This is categorically false, as you are neither associated with Black Forest nor authorized to resell Black Forest's products. Such actions create a likelihood of customer confusion, which may form the basis for federal and state claims of unfair competition and false advertising.

**DWT.COM**

Gibson Fleming
October 30, 2025
Page 2

My client has undertaken substantial efforts to protect its customers and rigorously enforces against hijackers of its product listing page. These enforcement efforts have resulted in the removal of numerous hijackers, some of whom we believe to be selling counterfeit products. Your products appear to have been part of this enforcement sweep due to the apparent misuse of my client's listing.

I am available to discuss. Please let me know when you are available for a call.

Sincerely,

Davis Wright Tremaine LLP


*/s/ L. Danielle Toaltoan*

L. Danielle Toaltoan

# Exhibit K: Keepa Offer Count Before



# Exhibit L: Keepa Offer Count Before

